IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE JAMES MOORER,
as Personal Representative of
Alfonzo Golston, deceased,

    Plaintiff,

v.    3:09cv461-WS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed September 13, 2010. <u>See</u> Doc. 23. The magistrate judge recommends that the Commissioner pay to the plaintiff $3,549.17 as a reasonable attorney's fee pursuant to 28 U.S.C. § 2412(d).

The parties have been furnished copies of the report and recommendation and have been afforded an opportunity to file objections pursuant to 28 U.S.C. § 636. Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 23) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's application (doc. 21) for attorney's fees and costs is GRANTED in the amount of $3,549.17.

3. The Commissioner shall pay to the plaintiff $3,549.17 as a reasonable attorney's fee.

4. Filing fee costs in the amount of $350.00 are also awarded, to be paid from the Judgment Fund of the United States Treasury.

DONE AND ORDERED this __14th__ day of __October__, 2010.

                                                   s/ William Stafford
                                                 WILLIAM STAFFORD
                                                 SENIOR UNITED STATES DISTRICT JUDGE